**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

*In Re: Coloplast Corp.,
Pelvic Support System Products Liability Litigation
MDL No. 2387*

Civil Action No. 2:14-cv-25973

_____

### SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2387 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Virginia Redding_____

2. Plaintiff Spouse

   N/A_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _____

4. State of Residence

   Florida_____

5. District Court and Division in which venue would be proper absent direct filing

   United States District Court Middle District of Florida – Orlando Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☐   A. Mentor Worldwide LLC

   ☒   B. Coloplast Corp.

Revised 05/28/14

☐ C.  American Medical Systems, Inc. ("AMS")

☐ D.  Ethicon, Inc.

☐ E.  Johnson & Johnson

☐ F.  Boston Scientific Corporation

☐ G.  C. R. Bard, Inc. ("Bard")

☐ H.  Sofradim Production SAS ("Sofradim")

☐ I.  Tissue Science Laboratories Limited ("TSL")

☐ J.  Cook Incorporated

☐ K.  Cook Biotech, Inc.

☐ L.  Cook Medical, Inc.

☐ M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N.  Neomedic International, S.L.

☐ O.  Neomedic Inc.

☐ P.  Specialties Remeex International, S.L.

7.  Basis of Jurisdiction

☒ Diversity of Citizenship

☐ Other:_____

A.  Paragraphs in First Amended Master Complaint upon which venue and jurisdiction

lie:

1-21_____

_____

_____

B.  Other allegations of jurisdiction and venue

_____

_____

_____

_____

8.  Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

☐    A. T-Sling-Universal Polypropylene Sling;

☐    B. Aris-Transobturator Sling System;

☒    C. Supris-Suprapubic Sling System;

☒    D. Novasilk-Synthetic Flat Mesh;

☐    E. Suspend-Tutoplast Processed Fascia Lata;

☐    F. Exair-Prolapse Repair System;

☐    G. Axis-Tutoplast Processed Dermis;

☐    H.  Restorelle;

☐    I.  Smartmesh;

☐    J.  Omnisure;

☐    K. Minitape;

☐    L. Coloplast Mesh Product(s), specific product name(s) unknown at present;

☐    M. Non-Coloplast Mesh Product(s) known as _____; and/or

☐    N. Other: _____

                                     _____

9.  Defendants' Products about which Plaintiff is making a claim.  (Check applicable products)

☐    A. T-Sling-Universal Polypropylene Sling;

3

☐     B. Aris-Transobturator Sling System;

☒     C. Supris-Suprapubic Sling System;

☒     D. Novasilk-Synthetic Flat Mesh;

☐     E. Suspend-Tutoplast Processed Fascia Lata;

☐     F. Exair-Prolapse Repair System;

☐     G. Axis-Tutoplast Processed Dermis;

☐     H. Restorelle;

☐     I. Smartmesh;

☐     J. Omnisure;

☐     K. Minitape;

☐     L. Coloplast Mesh Product(s), specific product name(s) unknown at present;

☐     M. Non-Coloplast Mesh Product(s) known as _____;

☐     N. Other: _____

_____

10. Date of Implantation as to Each Product

    <u>12/15/09 – Supris Suprapubic Sling System</u>

    <u>12/15/09 – Novasilk-Synthetic Flat Mesh</u>

11. Hospital(s) where Plaintiff was implanted (including City and State)

    <u>Florida Hospital (Orlando, Florida)_____</u>

12. Implanting Surgeon(s)

    <u>Dr. Robert P. Weaver_____</u>

13. Counts in the Master Complaint brought by Plaintiff(s)

☒   Count I - Negligence

☒   Count II - Strict Liability – Design Defect

☒   Count III - Strict Liability – Manufacturing Defect

☒   Count IV - Strict Liability – Failure to Warn

☒   Count V - Strict Liability – Defective Product

☒   Count VI - Breach of Express Warranty

☒   Count VII - Breach of Implied Warranty

☒   Count VIII - Fraudulent Concealment

☒   Count IX - Constructive Fraud

☒   Count X - Discovery Rule, Tolling and Fraudulent Concealment

☒   Count XI - Negligent Misrepresentation

☒   Count XII - Negligent Infliction of Emotional Distress

☒   Count XIII - Violation of Consumer Protection Laws

☒   Count XIV - Gross Negligence

☒   Count XV - Unjust Enrichment

☐   Count XVI - (By the Spouse) – Loss of Consortium

☒   Count XVII - Punitive Damages

☐   Other _____ (please state the facts supporting this Count in the space, immediately below)

_____
_____
_____
_____
_____
_____
_____
_____

5

**s/Geoffrey T. Moore**

Attorney for Plaintiff

Geoffrey T. Moore, Esq.
Florida Bar #99573
**THE MAHER LAW FIRM**
631 West Morse Blvd. Suite 200
Winter Park, FL 32789
Phone:  (407)839-0866
Facsimile:  (407)425-8958

6